Samuel A. Flink, Assignee of Export Container Corporation, Appellee, v. Remington Rand, Inc., Division of Sperry Rand Corporation, Appellant.

Gen. No. 47,796. 

First District, First Division.

February 1, 1960.

Rehearing denied February 24, 1960.

Released for publication February 24, 1960.

 

R. Tieken, United States Attorney (John Peter Lulinski and Charles R. Purcell, Jr., Assistant United States Attorneys, of counsel) for appellant; Philip S. Aimen (Michael Levin and Mack Berg, of counsel) for appellee. Opinion by PRESIDING JUSTICE DEMPSEY. Not to be published in full.